THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In 
 the Interest of Christopher M., A minor under the age of 
 seventeen, Appellant.
 
 
 

Appeal From Aiken County
 Peter R. Nuessle, Family Court Judge
Unpublished Opinion No.  2008-UP-041
Submitted January 2, 2008  Filed January
 11, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina
 Commission, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Barbara R. Morgan,
 of Aiken, for Respondent.
 
 
 

PER CURIAM:  Christopher
 M. appeals his conviction for receiving stolen goods after a family court judge
 found him guilty.  The judge ordered him to a determinate sentence of ninety
 days in the Department of Juvenile Justice with probation to continue upon his
 release.  Christopher M. argues the judge erred by failing to exclude a
 statement he made because it was not voluntary.  Christopher M.s counsel
 attached a petition to be relieved, stating she reviewed the record and
 concluded this appeal lacks merit.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Christopher
 M.s appeal and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
ANDERSON,
 SHORT AND WILLIAMS, JJ., CONCUR.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.